# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Laura Briggs

### Clerk of the Court

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

November 29, 2009

Re: MARSH SUPERMARKETS, INC. v.
MARSH
Cause Number: 1:09–cv–00458–SEB–DML

TO ALL COUNSEL OF RECORD:

Due to the appointment of The Honorable David F. Hamilton to the Seventh Circuit Court of Appeals and pursuant to Local Rule 40.1(h), the above matter was reassigned from the docket of Judge Hamilton to the docket of Judge Sarah Evans Barker on November 29, 2009. The cause number has been changed to reflect the initials of the newly assigned district judge. <u>Please note that cause number **1:09–cv–00458–SEB–DML** must be used on all future filings.</u>

All case schedules and deadlines remain unchanged at this time, including hearing, conference or trial dates. In the event that any calendared dates must be vacated and reassigned, you will receive notification from the newly assigned judge. Questions regarding pending motions or scheduled dates may be directed to the appropriate courtroom deputy listed below:

| | |
|---|---|
| Pam Schneeman, Courtroom Deputy for Judge Sarah Evans Barker | 317–229–3602 |
| Ruth Olive, Courtroom Deputy for Judge Larry J. McKinney | 317–229–3723 |
| Philip Gordon, Courtroom Deputy for Judge Richard L. Young | 317–229–3725 |
| Jennifer Ong, Courtroom Deputy for Judge William T. Lawrence | 317–229–3615 |

Sincerely,

Laura Briggs

By:  s/Melanie Carmichael
Melanie Carmichael, Deputy Clerk

Copies to:

The Honorable Judge Sarah Evans Barker