# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Laura Briggs

### Clerk of the Court

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

December 14, 2009

Re: MARSH SUPERMARKETS, INC. v. MARSH
Cause Number: 1:09–cv–00458–SEB–TAB

TO ALL COUNSEL OF RECORD:

    Pursuant to Local Rule 40.1, the above matter was reassigned from the docket of Judge Debra McVicker Lynch to the docket of Judge Tim A. Baker on December 14, 2009. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:09–cv–00458–SEB–TAB should be used on all future filings.**

Sincerely,

Laura Briggs

By: s/Lana Kirby
Lana Kirby, Deputy Clerk

Copies to: The Honorable Judge Tim A. Baker