UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARSH SUPERMARKETS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:09-cv-0458-SEB-TAB |
| | ) | |
| DON E. MARSH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON JANUARY 5, 2010, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel January 5, 2010, for a telephonic status conference. Discussion held regarding discovery, settlement, and related matters. Counsel shall file any motion to amend the Case Management Plan and vacate/reset the trial by January 22, 2010.

Dated: 01/11/2010

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Kellie M. Barr
BOSE MCKINNEY & EVANS, LLP
kbarr@boselaw.com

Winthrop James Hamilton
BOSE MCKINNEY & EVANS, LLP
jhamilton@boselaw.com

David K. Herzog
BAKER & DANIELS - Indianapolis
david.herzog@bakerd.com

Ryan Michael Hurley
BAKER & DANIELS - Indianapolis
ryan.hurley@bakerd.com

Andrew M. McNeil
BOSE MCKINNEY & EVANS, LLP
amcneil@boselaw.com

Christopher William Smith
BAKER & DANIELS - Indianapolis
christopher.smith@bakerd.com